UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEMETRIUS ROBERTSON                                CIVIL ACTION

VERSUS                                             NUMBER: 13-418

SHERIFF JACK STRAIN,                               SECTION: "I"(5)
ST. TAMMANY PARISH JAIL

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Demetrius Robertson, is **DISMISSED** without prejudice.

New Orleans, Louisiana, this 1st day of April, 2013.

                                    LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE